HAMRAH et al., Respondents, v. N. N. MALOOF & CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Alexander J. Hamrah and another against N. N. Maloof & Company. No opinion. Order affirmed, with $10 costs and disbursements.

HARKOW, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Action No. 10.) (Supreme Court, Appellate Division, Second Department. October 23, 1907.) Action by Joseph H. Harkow against the New York City Railway Company. No opinion. Judgment of the Municipal Court affirmed, on consent in open court, with costs. See 105 N. Y. Supp. 689.

HARKOW, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Action No. 13.) (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Joseph H. Harkow against the New York City Railway Company.

PER CURIAM. Judgment of the Municipal Court affirmed on argument, with costs, on the authority of Ketchum v. N. Y. City Ry. Co., 118 App. Div. 248, 103 N. Y. Supp. 486. Leave to appeal to the Court of Appeals granted. See 105 N. Y. Supp. 689, 691.

RICH, J., dissents.

HARKOW, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Six cases.) (Actions Nos. 16, 17, 18, 19, 20, 22.) (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Joseph H. Harkow against the New York City Railway Company. No opinion. Motions for leave to appeal to the Court of Appeals granted. Settle orders on notice. See 105 N. Y. Supp. 689, 691.

HARPER et al., Respondents, v. BOARD OF SUP'RS OF CLINTON COUNTY et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by George W. Harper and another against the board of supervisors of Clinton county and others. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to answer on payment of costs of demurrer and of this appeal.

HARPER et al., Respondents, v. CLINTON COUNTY et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by George W. Harper and another against Clinton county and Joseph L. Nash, as chamberlain, etc. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to answer on payment of costs of demurrer and of this appeal.

HARRIS, Respondent, v. COHN et al., Appellants. (Supreme Court, Appellate Division, First Department. November 22, 1907.) Action by Benjamin Harris against Hugo Cohn and others. J. C. Weschler, for appellants. J.

A. Seidman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HARRISON. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) In the matter of the application of Walton Harrison for admission to the bar. No opinion. Application granted.

HARRISON, Respondent, v. REUBEL, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by David Harrison against Henry Reubel. No opinion. Order affirmed, with $10 costs and disbursements.

HART, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Charles Hart against the city of New York. No opinion. Judgment modified, by striking out the words "on the merits," and, as modified, unanimously affirmed, with costs.

HART, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 23, 1907.) Action by Charles Hart against the city of New York. No opinion. Announcement of decision amended by making the affirmance of the judgment, as modified, without costs, instead of with costs.

HARTMANN, Respondent, v. HEARST, Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Carl F. Hartmann against William R. Hearst. M. De Witt, for appellant. J. B. Doyle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HARVIE, Respondent, v. SUMMIT FOUNDRY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Colin Harvie against the Summit Foundry Company. No opinion. Judgment and order affirmed, with costs.

HAYDEN, Appellant, v. UNION TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by John J. Hayden against the Union Trust Company. W. R. Osborn, for appellant. H. H. Man, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HEBREW PUB. CO., Respondent, v. REIBSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by the Hebrew Publishing Company against Emil Reibstein.

PER CURIAM. Motion to strike case from calendar and return it to the Trial Term for resettlement and amendment granted, without costs. This motion is granted because of the conflict on a question of fact between the coun-